**DISMISS; and Opinion Filed July 10, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01665-CV**

**JOHNNIE MCINTYRE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV1200442V**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice Fillmore

Appellant's brief in this case is overdue. By postcard dated March 8, 2013, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).


/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

121665F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHNNIE MCINTYRE, Appellant

No. 05-12-01665-CV          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. CV1200442V.
Opinion delivered by Justice Fillmore.
Justices O'Neill and Francis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee THE STATE OF TEXAS recover its costs of this appeal from appellant JOHNNIE MCINTYRE.

Judgment entered this 10th day of July, 2013.

/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE